AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Mar 05, 2025
SEAN F. McAVOY, CLERK

KIMBERLY B.

    *Plaintiff*

v.

LELAND DUDEK,
ACTING COMMISSIONER OF SOCIAL SECURITY

    *Defendant*

Civil Action No. 4:23-CV-05089-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Court Order at ECF No. 11, Plaintiff's Motion for Summary Judgment, ECF No. 7, is GRANTED. Defendant's Motion, ECF No. 9, is DENIED. The Commissioner's decision is REVERSED and this matter is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley.

Date: 3/5/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony
    *(By) Deputy Clerk*

Brian Molony